**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ROBERT H. GELBER,
10                Plaintiff,                    No. C 07-01785 JSW
11      v.
12  THE LEONARD WOOD MEMORIAL FOR         **ORDER SETTING BRIEFING**
    THE ERADICATION OF LEPROSY,           **SCHEDULE**
13
                  Defendant.
14  _____/
15
16           This matter is set for a hearing on June 22, 2007 on Defendant's motion to transfer
17  venue.  The Court HEREBY ORDERS that Plaintiff's opposition to the motion May 25, 2007,
    and a reply brief, if any, shall be filed by no later than June 1, 2007.
18
             If the Court determines that the matter is suitable for resolution without oral argument, it
19
    will so advise the parties in advance of the hearing date.  If the parties wish to modify this
20
    schedule, they may submit for the Court's consideration a stipulation and proposed order
21
    demonstrating good cause for any modification requested.
22
23
             **IT IS SO ORDERED.**
24
25
    Dated:  May 3, 2007                    _____
26                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
27
28