DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
ROBERT H. GELBER

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
PATRICK M. GLENN – 141604
JAHMAL T. DAVIS – 191504
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY MISSIONS, INC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. GELBER,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY AND THE AMERICAN LEPROSY FOUNDATION, and AMERICAN LEPROSY MISSIONS, INC.,<br><br>　　　　Defendants. | Case No. C07-01785 JSW<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |

///

///

---

1
[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER
*Gelber v. LWM, et al.,* Case No. C07-01785 JSW

# [PROPOSED] ORDER

Pursuant to the parties' Stipulated Protective Order:

IT IS SO ORDERED that a Protective Order be issued.

Dated: September 17, 2007

*[signature: Jeffrey S. White]*

JUDGE OF THE U.S DISTRICT COURT