DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
ROBERT H. GELBER

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
PATRICK M. GLENN – 141604
JAHMAL T. DAVIS – 191504
pglenn@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY
AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY
MISSIONS, INC.

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. GELBER, | Case No. C07-01785 JSW |
| Plaintiff, | [PROPOSED] ORDER RE CONTINUANCE OF THE DATE FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION AND DISCOVERY |
| vs. | |
| THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY AND THE AMERICAN LEPROSY FOUNDATION, and AMERICAN LEPROSY MISSIONS, INC., | |
| Defendants. | |

///

///

1

[PROPOSED] ORDER RE CONTINUANCE OF THE DATE FOR COMPLETION OF
ALTERNATIVE DISPUTE RESOLUTION AND DISCOVERY
*Gelber v. LWM, et al.,* Case No. C07-01785 JSW

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation Re Continuance of the Date for Completion of Alternative Dispute Resolution and Discovery, and good cause being shown for a change to the Court calendar:

IT IS SO ORDERED that the ADR process and discovery described in the Court's July 13, 2007 order shall be completed by November 30, 2007.

Dated: September 17, 2007

_____
JUDGE OF THE U.S DISTRICT COURT

2

[PROPOSED] ORDER RE CONTINUANCE OF THE DATE FOR COMPLETION OF
ALTERNATIVE DISPUTE RESOLUTION AND DISCOVERY
*Gelber v. LWM, et al.,* Case No. C07-01785 JSW