1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th St, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5

6  Attorneys for Plaintiff
   ROBERT H. GELBER
7

8  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   PATRICK M. GLENN – 141604
9  JAHMAL T. DAVIS – 191504
   pglenn@hansonbridgett.com
10 425 Market Street, 26th Floor
11 San Francisco, CA 94105
   Telephone: (415) 777-3200
12 Facsimile: (415) 541-9366

13 Attorneys for Defendants
14 THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY
   AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY
15 MISSIONS, INC.

16
17            **UNITED STATES DISTRICT COURT FOR THE**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19

20 ROBERT H. GELBER,                    ) Case No. C07-01785 JSW
                                        ) **ORDER REGARDING**
21          Plaintiff,                  ) **SUPPLEMENTAL CASE**
                                        ) **MANAGEMENT STATEMENT**
22     vs.                              )
                                        )
23 THE LEONARD WOOD MEMORIAL FOR        ) Date: November 16, 2007
24 THE ERADICATION OF LEPROSY AND       ) Time: 1:30 p.m.
   THE AMERICAN LEPROSY                 ) Courtroom: 2
25 FOUNDATION, and AMERICAN LEPROSY     ) Judge: Hon. Jeffrey S. White
   MISSIONS, INC.,                      )
26                                      )
                                        )
27          Defendants.                 )

28 ///

                                   1
            SUPPLEMENTAL CASE MANAGEMENT STATEMENT
               *Gelber v. LWM et al.*, Case No. C07-01785 JSW

1376996.1

1    Pursuant to Civil L.R. 16-10(d) and the Court's July 13, 2007 Order, the parties to the

2    above-entitled action certify that they met and conferred prior to the case management

3    conference scheduled in this case and jointly submit this Supplemental Case Management

4    Statement.

5        1. Discovery:

6        Each party served one set of document requests and one set of interrogatories. Each party

7    took one day of one deposition. Prior to said depositions, the parties stipulated to allow the

8    depositions to continue beyond the F.R.C.P. 30(d)(2) time limit. Each party intends to continue

9    their respective deposition.

10       2. Settlement and ADR:

11       On September 17, 2007, the Court ordered that ADR be completed by November 30,

12   2007.  Defendant has requested that Plaintiff make a demand, but Plaintiff has not done so to

13   date.  Further, the parties have not been contacted by the ADR unit and no date has been

14   scheduled for the ADR process.  Plaintiff's lead counsel is no longer available through

15   November 30, 2007 for the ADR process, but all parties and counsel are available on December

16   7, 2007. Accordingly, the parties request that the Court continue the date for completion of ADR

17   to December 21, 2007.

18

19       Dated: November 8, 2007       SIEGEL & YEE

20

21                            By: /S/_____

22                               Dean Royer
                                Attorneys for plaintiff
23                               ROBERT H. GELBER

24   ///

25   ///

26   ///

27   ///

28   ///

SUPPLEMENTAL CASE MANAGEMENT STATEMENT
*Gelber v. LWM et al.*, Case No. C07-01785 JSW

1376996.1

Dated: November 8, 2007      HANSON BRIDGETT MARCUS VLAHOS & RUDY


By: /S/_____
      Jahmal T. Davis
      Attorneys for defendants
      THE LEONARD WOOD MEMORIAL FOR THE
      ERADICATION OF LEPROSY AND THE AMERICAN
      LEPROSY FOUNDATION, AND AMERICAN
      LEPROSY MISSIONS, INC.


The last day to complete ADR is continued to December 21, 2007.
The case management conference is CONTINUED from November 16, 2007
to January 18, 2008 at 1:30 p.m.


**IT IS SO ORDERED.**

Dated:  November 8, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

---

3

SUPPLEMENTAL CASE MANAGEMENT STATEMENT
*Gelber v. LWM et al.,* Case No. C07-01785 JSW

1376996.1