1  DAN SIEGEL, SBN 56400
2  DEAN ROYER, SBN 233292
   SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
5  Facsimile: (510) 444-6698

6  Attorneys for Plaintiff
   ROBERT H. GELBER
7

8  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   PATRICK M. GLENN – 141604
9  JAHMAL T. DAVIS – 191504
   425 Market Street, 26th Floor
10 San Francisco, CA 94105
11 Telephone: (415) 777-3200
   Facsimile: (415) 541-9366
12
13 Attorneys for Defendants
   THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY
14 AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY
   MISSIONS, INC.
15

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. GELBER, | Case No. C07-01785 JSW |
| Plaintiff, | **STIPULATION RE CONTINUANCE OF THE DATE FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION** |
| vs. | |
| THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY AND THE AMERICAN LEPROSY FOUNDATION, and AMERICAN LEPROSY MISSIONS, INC., | |
| Defendants. | |

///

///

1
STIPULATION RE CONTINUANCE OF THE DATE FOR COMPLETION OF
ALTERNATIVE DISPUTE RESOLUTION
*Gelber v. LWM, et al.*, Case No. C07-01785 JSW

1393229.1

1 | Pursuant to the Court's Civil Standing Orders regarding changes to Court calendar, it is hereby stipulated by and between the parties to this action, plaintiff Robert Gelber, and his attorneys, and defendants The Leonard Wood Memorial for the Eradication of Leprosy and The American Leprosy Foundation (LWM), and American Leprosy Missions, Inc. (ALM), and their attorneys, as follows:

1. On November 8, 2007, the Court ordered that the last day to complete Alternative Dispute Resolution (ADR) in this matter is December 21, 2007.

2. On November 27, 2007, the parties and the ADR Unit participated in a telephone conference. During this conference, the parties learned for the first time that the ADR Unit had not received the case referral nor plaintiff's November 15, 2007 e-mail correspondence regarding the availability of all required participants for the ADR session on December 7, 2007. The ADR Unit indicated that it would be very unlikely that an ADR session could be scheduled prior to December 21, 2007.

3. Plaintiff and his counsel are available to participate in the ADR session January 8 and 11, and February 4-7, 22, 25-29, 2008.

4. Defendants and their counsel are presently available to participate in the ADR session January 14-30, 2008, and February 11-29, 2008.

5. Based on the foregoing, the parties request a continuance of the date for completion of the ADR process to February 29, 2008.

Dated: December 11, 2007     SIEGEL & YEE

By: /S/ _____

Dean Royer
Attorneys for plaintiff
ROBERT H. GELBER

///
///

2
STIPULATION RE CONTINUANCE OF THE DATE FOR COMPLETION OF
ALTERNATIVE DISPUTE RESOLUTION
*Gelber v. LWM, et al.*, Case No. C07-01785 JSW

1393229.1

Dated: December 11, 2007   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /S/ _____

Jahmal T. Davis
Attorneys for defendants
THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY MISSIONS, INC.



IT IS SO ORDERED
Judge Jeffrey S. White

Dated: December 13, 2007

---

3
STIPULATION RE CONTINUANCE OF THE DATE FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION
*Gelber v. LWM, et al.,* Case No. C07-01785 JSW

1393229.1