IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT H. GELBER,

    Plaintiff,

    v.

THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY,

    Defendant.
_____/

No. C 07-01785 JSW

**ORDER TO SHOW CAUSE**

This matter came before the Court for a case management conference on Friday, May 9, 2008. By clerk's notice, this Court issued an Order setting the date for the case management conference. The Court requires that the parties and/or their lead counsel appear. Plaintiff's lead counsel, Daniel Siegel, failed to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than May 16, 2008, as to why Mr. Siegel should not be sanctioned in the amount of $500. Failure to respond to this Order by **May 16, 2008** shall result in an order from this Court requiring Mr. Siegel personally to pay $500 to the Clerk of the Court for failure to abide by this Court's rules.

**IT IS SO ORDERED.**

Dated: May 9, 2008

                                                    _____
                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE