IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT H. GELBER,

    Plaintiff,

    v.

THE LEONARD WOOD MEMORIAL FOR
THE ERADICATION OF LEPROSY,

    Defendant.
    _____/

No. C 07-01785 JSW

**ORDER RE OUTSTANDING ORDER TO SHOW CAUSE**

This matter came before the Court for a case management conference on Friday, May 9, 2008. By clerk's notice, this Court issued an Order setting the date for the case management conference. The Court requires that the parties and/or their lead counsel appear. Plaintiff's lead counsel, Daniel Siegel, failed to appear for that case management conference.

Accordingly, on May 9, 2008, Plaintiff was ordered to show cause in writing no later than May 16, 2008, as to why Mr. Siegel should not be sanctioned in the amount of $500. On May 15, 2008, the Court received a declaration from Dean Royer, counsel who appeared on behalf of Plaintiff at the case management conference, but not lead counsel, Mr. Siegel. This submission does not discharge the order to show cause. The Court requires a writing from Mr. Siegel showing cause no later than **May 23, 2008** as to why Mr. Siegel should not personally be sanctioned $500 to the Clerk of the Court for failure to abide by this Court's rules.

**IT IS SO ORDERED.**

Dated: May 16, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE