IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT H. GELBER,

    Plaintiff,

v.

THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY,

    Defendant.
_____/

No. C 07-01785 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

      This matter came before the Court for a case management conference on Friday, May 9, 2008. By clerk's notice, this Court issued an Order setting the date for the case management conference. The Court requires that the parties and/or their lead counsel appear. Plaintiff's lead counsel, Daniel Siegel, failed to appear for that case management conference.

      Accordingly, on May 9, 2008, Plaintiff was ordered to show cause in writing no later than May 16, 2008, as to why Mr. Siegel should not be sanctioned in the amount of $500. On May 15, 2008, the Court received a declaration from Dean Royer, counsel who appeared on behalf of Plaintiff at the case management conference, but not lead counsel, Mr. Siegel. The Court found that the submission did not discharge the order to show cause. By order dated May 16, 2008, the Court required a writing from Mr. Siegel showing cause no later than May 23, 2008 as to why Mr. Siegel should not personally be sanctioned $500 to the Clerk of the Court for failure to abide by this Court's rules.

1     On May 22, 2008, the Court received Mr. Siegel's response and finds it sufficient to
2 discharge the Order to Show Cause.  Therefore, Mr. Siegel shall not be sanctioned for his
3 failure to appear at the case management conference.

5     **IT IS SO ORDERED.**
6 Dated:  May 23, 2008

                                             */s/ Jeffrey S. White*
7                                   JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE