1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   ROBERT H. GELBER
7
8  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   PATRICK M. GLENN – 141604
9  JAHMAL T. DAVIS – 191504
   425 Market Street, 26th Floor
10 San Francisco, CA 94105
   Telephone: (415) 777-3200
11 Facsimile: (415) 541-9366
12
   Attorneys for Defendants
13 THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY
   AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY
14 MISSIONS, INC.
15
                **UNITED STATES DISTRICT COURT FOR THE**
16
                **NORTHERN DISTRICT OF CALIFORNIA**
17
18
19 ROBERT H. GELBER,                        ) Case No. C07-01785 JSW
                                            )
20          Plaintiff,                      ) **[PROPOSED] ORDER RE**
         vs.                                ) **CONTINUANCE OF JULY 11, 2008 CASE**
21                                          ) **MANAGEMENT CONFERENCE**
                                            )
22 THE LEONARD WOOD MEMORIAL FOR            )
   THE ERADICATION OF LEPROSY AND           )
23 THE AMERICAN LEPROSY                      )
   FOUNDATION, and AMERICAN LEPROSY         )
24 MISSIONS, INC.,                          )
                                            )
25          Defendants.
26
27 ///
28 ///

                                  1
         [PROPOSED] ORDER RE CONTINUANCE OF JULY 11, 2008
                 CASE MANAGEMENT CONFERENCE
         *Gelber v. LWM, et al.,* Case No. C07-01785 JSW

1

~~[PROPOSED]~~ **ORDER**

2          Pursuant to the parties' Stipulation Re Continuance Of July 11, 2008 Case Management

3   Conference, and good cause being shown for a change to the Court calendar:

4          IT IS SO ORDERED that the case management conference set for July 11, 2008 shall be

5   continued to

6

7   Dated: July 3, 2008          _____

8                                JUDGE OF THE U.S DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE CONTINUANCE OF JULY 11, 2008
CASE MANAGEMENT CONFERENCE
*Gelber v. LWM, et al.,* Case No. C07-01785 JSW