DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
ROBERT H. GELBER

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
PATRICK M. GLENN – 141604
JAHMAL T. DAVIS – 191504
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY
AND THE AMERICAN LEPROSY FOUNDATION, AND AMERICAN LEPROSY
MISSIONS, INC.

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT H. GELBER, | Case No. C07-01785 JSW |
| Plaintiff, | **[PROPOSED] ORDER RE CONTINUANCE OF JULY 11, 2008 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THE LEONARD WOOD MEMORIAL FOR THE ERADICATION OF LEPROSY AND THE AMERICAN LEPROSY FOUNDATION, and AMERICAN LEPROSY MISSIONS, INC., | |
| Defendants. | |

///

///

1

[PROPOSED] ORDER RE CONTINUANCE OF JULY 11, 2008
CASE MANAGEMENT CONFERENCE
*Gelber v. LWM, et al.,* Case No. C07-01785 JSW

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation Re Continuance Of July 11, 2008 Case Management Conference, and good cause being shown for a change to the Court calendar:

IT IS SO ORDERED that the case management conference set for July 11, 2008 shall be continued to August 8, 2008 at 1:30 p.m., unless the matter is dismissed before that date.

Dated: July 3, 2008

*[signature: Jeffrey S. White]*
JUDGE OF THE U.S DISTRICT COURT